CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK  
REPORTER: TRACY STROH, CCR  
DOCKET NO. 4:19CR00047-2 (DJN)  
DATE: July 16, 2020

UNITED STATES OF AMERICA  |  COUNSEL

1. Iban Barreto Hernandez  —  1. Gregory K. Matthews
2. _____
3. _____

4. Javier Castillo, Spanish Interpreter

**APPEARANCES:** GOVERNMENT Kevin P. Hudson (✓)  
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA (✓)  MOTIONS ( )  OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER: _____ ( )

**ARRAIGNMENT PROCEEDINGS:** Third Superseding Indictment

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 |  |  | ✓ |  |  |  |  |
| 2 |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |

**GUILTY PLEA PROCEEDINGS:**  
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) 2 (✓)  
DEFENDANT REARRAIGNED ON COUNT(S) 2 (✓)  
PLEA BARGAIN AGREEMENT FILED (✓)  
STATEMENT OF FACTS FILED (✓)  USED AS SUMMARY (✓) 2 (✓)  
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 2 (✓)  
COURT ACCEPTED PLEA (✓)  GOVERNMENT SUMMARIZED EVIDENCE (✓)  
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 2 (✓)  
PRESENTENCE REPORT ORDERED (✓)  P.S.I. WAIVED ( )  
SENTENCING GUIDELINE ORDER ENTERED (✓)

**BOND HEARING PROCEEDINGS:**  
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )  
BOND SET AT $_____  WITH SURETY ( )  
DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED (✓)  
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF  
$_____  WITH SURETY HEARD ( )  GRANTED ( )  
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

**OTHER PROCEEDINGS:**  
( ) Government motion to unseal Indictment; granted.  
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.  
( ) Agreed Discovery Order presented; entered by Court.

Dismissing All Pending Counts

**CASE CONTINUED TO:** January 14, 2021 AT 9:30 A.M. FOR SENTENCING

**CASE SET:** 3:15  **BEGAN:** 3:20  **ENDED:** 4:15  **TIME IN COURT:** 5  
3:35  recess 3:25-3:35