# SENTENCING MINUTES

DATE: APRIL 22, 2021  CASE NUMBER: 4:19CR0047-2(DJN)

JUDGE: Novak  CT REPORTER: Tracy Stroh, OCR

INTERPRETER: Johnnie Benningfield, Spanish

UNITED STATES OF AMERICA    Kevin P. Hudson, AUSA

v. Barreto                  COUNSEL

Ibanñ Hernandez             Gregory K. Matthews, ESQ.

SENTENCING ON COUNT(S): 2   ( ) Criminal Information  Third
                            ( ) Indictment (✓) Superseding Ind.

PRELIMINARY MATTERS: No objections to PSR

OBJECTIONS TO PSR: ADOPTED

STATEMENTS MADE BY: GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT (✓)

ON MOTION OF GOV'T, ( ) INDICTMENT (✓) REMAINING CTS. DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____ BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY (✓)

CASE SET: 12:00  BEGAN: 11:58  ENDED: 12:32  TIME IN COURT: 30

**SENTENCE TEXT**

COUNT __2__  IMPRISONMENT __114__ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __10__ YEARS

PROBATION _____ YEARS

FINE $_____  (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100.00__ due immediately

COUNT _____  IMPRISONMENT _____ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS  CONCURRENT ( )

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____  ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT _____  IMPRISONMENT _____ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS  CONCURRENT ( )

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____  ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** _____

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family  (✓) Designate dft. to __CALIFORNIA__ FCI  – if vocational available
( ) SHOCK Incarceration Program  ( ) BRAVE Program
(✓) Educational / (Vocational) training  (✓) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support
(✓) OTHER: __mental health__

**SPECIAL CONDITIONS of Probation / Supervised Release:**

☑ (1) Incur no new credit without approval of probation officer
☑ (2) Provide probation officer with access to financial information
___ (3) Perform community service _____ HOURS during period of supervision
☑ (4) Participate in drug/alcohol treatment; PartiAL Pay cost of treatment (IF)
☑ (5) Participate in mental health treatment; ☑ Pay cost of treatment
___ Participate in anger management
___ (6) Participate in home confinement program for _____ with monitoring
___ Permitted to work, attend church, or other approved activities
___ Maintain telephone without special features; no cordless phone
___ Pay costs of electronic monitoring
___ (7) Placement in a Community Confinement Center for _____ (term)
___ (8) Defendant to be surrendered to BICE for deportation proceedings
___ If deported, defendant to remain outside the United States
___ (10) Mandatory drug testing waived
___ Probation officer may still administer drug test if deemed appropriate
___ (11) Pay child support in amount ordered by social services or Court
___ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
___ (14) No possession of pager, cellular telephone, or other handheld communication device
☑ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
☑ Pay in installments of not less than $ 25.00 per month,
to begin 30 (60) days after start of supervision until paid in full
☑ (16) Waive all rights of confidentiality regarding mental health treatment
(or other treatment) to allow release of information to Probation, etc.
___ (17) Commencing _____, and continuing for _____, defendant may
operate a motor vehicle only for purposes of work and court, including travel to
the Probation Office and alcohol treatment program
___ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligation

☑ (---) **Other special conditions:**

GED or vocational SKILL